Gary E. Devlin, Esq. (SBN 210517)
gdevlin@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
Telephone: 310-909-8000
Facsimile: 310-909-8001

Attorneys for GE CAPITAL RETAIL BANK, FSB fka GE MONEY BANK, FSB erroneously sued and served as General Electric Company dba G.E. Money

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SABRINA ALEJANDRE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY dba G.E. MONEY, a corporation; ALLIED INTERSTATE, INC., a corporation; GENPACT SERVICES, LLC, a limited liability company; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. CV12-1304-CBM (JEMx)<br><br>(Assigned to the Honorable Consuelo B. Marshall, Courtroom 2 – Spring Street)<br><br>**JUDGMENT PER FRCP 68 ACCEPTANCE**<br><br><br>Action Filed: February 15, 2012 |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant GE CAPITAL RETAIL BANK, FSB fka GE MONEY BANK, FSB erroneously sued and served as General Electric Company dba G.E. Money ("GEMB"), offered to allow judgment to be taken against it and in favor of Plaintiff, SABRINA ALEJANDRE ("Plaintiff"), as a means of resolving the instant matter in its entirety as to GEMB. Specifically, GEMB offered the sum of $2,500.00, inclusive of reasonable attorneys' fees and costs and costs and other damages incurred and/or alleged by Plaintiff herein. Plaintiff formally accepted that offer on May 23, 2012,

as reflected in this Court's file (document #27 of the Court's docket).

**IT IS ORDERED AND ADJUDGED THAT:**

1. Judgment shall be entered against GEMB in the amount of $2,500.00 (two thousand five hundred dollars) arising from Plaintiff's claims against GEMB as alleged in Plaintiff's First Amended Complaint in the herein matter.

2. The $2,500.00 judgment to be entered shall be considered inclusive of all of Plaintiff's reasonable attorney fees and costs incurred by Plaintiff in connection with the claims alleged, as well as any/all additional costs, fees, penalties, interest and/or damages alleged.

**IT IS SO ORDERED.**

DATED:  July 03, 2012



By:_____
The Honorable Consuelo B. Marshall

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] JUDGMENT PER FRCP 68**

31367295 0932736