Octavio Cardona-Loya II, Esq. (SBN 255309)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910          JS-6
vito@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorneys for Plaintiff Sabrina Alejandre

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA ALEJANDRE, an individual, | Case No.: 2:12-cv-01304-CBM(JEMx) |
| Plaintiff, | **Judgment Following Trial** |
| v. | |
| GENERAL ELECTRIC COMPANY dba G.E. MONEY, et al. | |
| Defendants. | |

//
//
//
//
//
//
//
//
//

Following trial by jury in the above-captioned matter,

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. Judgment be and is hereby entered in favor of Plaintiff Sabrina Alejandre and against Defendant Genpact Services, LLC in the amount of $2,000 (two thousand dollars) arising from Plaintiff's claims against Genpact Services, LLC for violations of the Federal Fair Debt Collection Practices Act (15 U.S.C. § 1692 *et seq.*) and the California Rosenthal Fair Debt Collection Practices Act (Cal. Civ. Code § 1788 *et seq.*).

**IT IS SO ORDERED.**

Dated: April 17, 2013

_____
The Honorable Consuelo B. Marshall